IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| MARTY L. GRIGGS, | Case No. 2:10-cv-646-EJL-MHW |
|---|---|
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| HOWELL & VAIL, LLP; and FORD MOTOR CREDIT COMPANY, | |
| Defendants. | |

On December 13, 2011, plaintiff Marty Griggs filed a Motion for Default Judgment against defendant Ford Motor Credit Company ("Ford"). (Dkt. 46). Mr. Griggs contends that Ford failed to properly answer the Complaint in this case, and he seeks a $198,000.00 default judgment: $48,000.00 in damages and $150,000.00 in punitive damages. Mr. Griggs brings this motion pursuant to Federal Rule of Civil Procedure 55, which instructs: "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

Federal Rule of Civil Procedure 12 provides the proper procedure for responsive pleadings. Rule 12(a)(1)(A) instructs a defendant to answer a complaint within 21 days of being served. Rule 12(b)(6) allows a party to respond by filing a motion to dismiss for failure to state a claim upon which relief can be granted. Rule 12(b)(6) motions "must be

**Report & Recommendation** 1

made before pleading if a responsive pleading is allowed." FED R. CIV. P. 12(b). Therefore, should a party file a Rule 12(b)(6) motion, the appropriate time to make that filing is before the filing of an answer.

In this case, Mr. Griggs completed service of process on Ford on February 3, 2011. (Dkt. 3). Ford responded by filing a Motion to Dismiss pursuant to Rule 12(b)(6) on February 23, 2011. (Dkt. 8). This is in keeping with the procedure prescribed by the Federal Rules of Civil Procedure. For this reason, Mr. Griggs' Motion for Default Judgment is moot and should be denied.

## RECOMMENDATION

Based on the foregoing, the Court hereby recommends that:

1) Plaintiff Marty Grigg's Motion for Default Judgment (Dkt. 46), filed on December 13, 2011, be **DENIED;**

2) Written objections to this Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1, or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: January 11, 2012

Honorable Mikel H. Williams
United States Magistrate Judge